UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ JUL 2 6 2005 ★

BROOKLYN OFFICE

--------------------------------------------------------------------------------

SEMYON ZAPOLOTSKY, et al.,

                    Plaintiffs,

**ORDER OF DISCONTINUANCE**

    v.

CV-04-2622 (NGG)

EFRAIN PARAPI, et al.,

                    Defendants.

--------------------------------------------------------------------------------

GARAUFIS, J.


It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action

if the settlement is not consummated.


                SO ORDERED.

                NICHOLAS G. GARAUFIS, U.S.D.J.


DATED:      Brooklyn, N.Y.
               July 25, 2005